KATHLEEN A MCDONALD, TRUSTEE
CHAPTER 13 STANDING TRUSTEE
302 E CARSON ST
LAS VEGAS NV 89101
(702) 386-5968
Bar Code #mcdok

**FILED AND ENTERED**

'04 MAR 15 A7:55

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

Re:   SMITH, RAY A                                )   BKS-04-10130-LBR
                                                  )   Chapter 13
                              Debtor(s)           )

COREY B BECK ESQ                                  Hearing Date: Wed Mar 03, 2004
Attorney for Debtor(s)                            Hearing Time: 2:30 PM

### ORDER DISMISSING CASE AND DENIAL OF CONFIRMATION

The Trustee's Opposition to Confirmation of Plan Combined with Trustee's Recommendation of Dismissal filed in the above-captioned matter having come on for hearing, the following parties having appeared: [X] Trustee [ ] Debtor(s) [X] Attorney for Debtor(s) [ ] Other _____, and said Motion having been considered by this Court, and good cause appearing therefore:

IT IS HEREBY ORDERED that confirmation of the Plan is denied and that the above-captioned proceedings under Chapter 13 be DISMISSED for the following reason(s):

[X] Debtor(s) failed to appear [11 USC 341(a)]
[X] Debtor(s) failed to commence Plan payments [11 USC 1326 (a) (1)]
( ) Plan is not viable (IRS/Mortgage) [11 USC 1322]
( ) Plan unfairly discriminates against class of general unsecured claims [11 USC 1322 (b) (1)]
( ) The post-petition payments to secured creditors are delinquent
( ) The proposed Plan is not feasible as the Debtor(s) lacks sufficient regular income [11 USC 109 (e)]
[X] Delinquent Plan Payments.
( ) The Trustee objects to the exemption(s) claimed [B.R. 4000(b)]. As a result of the objection, the proposed Plan fails to meet liquidation value [11 USC 1325 (a) (4)].
( ) The proposed Plan fails to provide for all of the Debtor's disposable income [11 USC 1325 (b) (1) (3)] based on _____ (i.e. luxury item, unreasonable expenses, etc.) and, as a result, the Debtor has failed to file a Plan in good faith [11 USC 1325 (a)]
[X] The debtor has failed to cooperate with the Trustee [11 USC 521 (3)] as the following document(s) were not provided: [X] tax returns [X] pay stubs [ ] profit & loss statements [ ] other: _____

[X] Debtor(s) failed to timely file Schedules, Statements, and/or Plan [B.R. 1007 (a) (c)]
( ) Amendments to _____ not filed
( ) Interest on secured debt not offered [11 USC 506(b) and 1325 (a)(5)]
( ) Debtor(s) failed to comply with notice/re-notice requirements [B.R. 2002 (a) (1) B.R. 2002 (b)]
( ) The Debtor(s) is not eligible for Chapter 13 [11 USC 109 (e)(g)]
( ) The proposed Plan was not complete within 60 months [11 USC 1322 (c)]
( ) The proposed Plan does not meet liquidation value [11 USC 1325 (a) (4)]

IT IS FURTHER ORDERED that the Trustee is allowed $ _135-_ as and for expenses in the administration of this case.

DATED: _____

_____
UNITED STATES BANKRUPTCY JUDGE

Submitted by:

_____
Kathleen A. McDonald, Trustee

Signed on: **MAR 8 2004**